IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01850–EWN–OES

MARK HELSTROM,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

## AMENDED ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

Defendant has filed a motion for relief from final judgment, a motion to recuse the district judge and magistrate judge, and a motion to remand the case to state court. The court's review of the file has disclosed an error in the previous order (#21) accepting the magistrate judge's recommendation. Specifically, the court ruled in the order that defendant's motion to dismiss *"for want of subject matter jurisdiction"* was granted. In fact, defendant had filed a different motion — to dismiss for want of personal jurisdiction — and it was that motion which was the subject of the magistrate judge's recommendation. The order must thus be corrected. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.
2. The motion to remand is denied.

3. The motion to dismiss for want of *personal* jurisdiction is granted.

4. The motion for relief from final judgment, for remand, and for recusal (#23) is

DENIED. The clerk will enter an Amended Final Judgment in accordance with this order.

DATED this  12  day of July, 2005.

BY THE COURT:

s/Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge