IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01850–EWN–OES

MARK HELSTROM,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Stacy L. Steinbrecher, Secretary

Plaintiff's "Motion Disqualifying Judge and Motion to Remand" filed July 15, 2005 is DENIED.

Dated: July 19, 2005