IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01850–EWN–OES

MARK HELSTROM,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

---

**ORDER**

---

The "Motion for Removal and Placement" (Document 34) filed July 20, 2005, being frivolous, is DENIED.

Dated this  22nd  day of July, 2005.

                BY THE COURT:

                s/Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                United States District Judge