IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01850–EWN–OES

MARK HELSTROM,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

---

### MINUTE ORDER

---

EDWARD W. NOTTINGHAM, Judge
Stacy L. Steinbrecher, Secretary

Plaintiff's "Motion for Chief Judge Lewis T. Babcock to Remove Judge, Remand and for Disciplinary Actions" (Document 36) filed August 1, 2005 is DENIED.

Dated: August 2, 2005