IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01850–EWN–OES

MARK HELSTROM,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

---

**ORDER**

---

This matter is before the court on the motion to remand (#38). The court finds the motion to be without merit, and it is therefore DENIED.

Dated this 1st day of November, 2005.

                      BY THE COURT:

                      /s/Edward W. Nottingham
                      EDWARD W. NOTTINGHAM
                      United States District Judge