IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01850–EWN–MEH

MARK HELSTROM,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

## ORDER

    This matter is before the court on Plaintiff's motion to amend the judgment entered herein on July 20, 2005 (#40). The court has considered the motion in light of Fed. R. Civ. P. 60(b). The court first finds that the motion was not filed "within a reasonable time," as required by the rule and that Plaintiff supplies no plausible explanation for its untimeliness. The court further finds that the motion fails to set forth any basis recognized by the rule and that the court has already ruled on Plaintiff's frivolous contentions. Accordingly, it is

    ORDERED that the motion be DENIED.

    Dated this 25th day of May, 2006.

                                          BY THE COURT:

                                          s/ Edward W. Nottingham
                                          EDWARD W. NOTTINGHAM
                                          United States District Judge