IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 04–cv–01850–EWN–MEH

MARK HELSTROM,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

---

**ORDER**

---

    This case is before the court of Plaintiff's motion to correct errors (#51). The court has reviewed the motion. Upon the conclusion that the motion seeks a redetermination of the court's decisions without supplying a scintilla of justification for such a redetermination, the motion is DENIED.

    SO ORDERED.

    Dated this 19th day of July, 2007.

                                        BY THE COURT:

                                        s/ Edward W. Nottingham
                                        EDWARD W. NOTTINGHAM
                                        Chief United States District Judge