IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 04–cv–01850–EWN–MEH

MARK HELSTROM,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

## **ORDER**

    This case is once again before the court on a motion filed by Mr. Helstrom (#53). The court once again finds the motion to be without merit. No further explanation is required, because sufficient explanation has already been given, and the motion has no support in fact or law. It is therefore DENIED.

    Dated this 31st day of July, 2007.

                                                         BY THE COURT:

                                                          s/ Edward W. Nottingham
                                                          EDWARD W. NOTTINGHAM
                                                          Chief United States District Judge