IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 04–cv–01850–EWN–MEH

MARK HELSTROM,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

**ORDER**

This matter is before the court on another of the increasingly strident motions filed by Plaintiff (#55).  The court's fully reasoned opinions in this case were filed long ago.  Those opinions are reflected in several documents — #16 (magistrate judge's recommendation), #21 (order accepting magistrate judge's recommendation, and #30 (amended order accepting magistrate judge's recommendation).  Plaintiff's subsequent filings have not caused the court to change its mind.  The fact that Plaintiff did not prevail is no reason for disqualification.  Thus, #55 is DENIED.  All future such motions will be denied.  It is suggested that Plaintiff take his case to the court of appeals.

Dated this 2nd day of August, 2007.

                                      BY THE COURT:

                                      s/ Edward W. Nottingham
                                      EDWARD W. NOTTINGHAM
                                      Chief United States District Judge