IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 04–cv–01850–EWN–OES

MARK HELSTROM,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

---

**ORDER**

---

    The court, having reviewed the "Motion Demanding Answers" (#61, filed January 22, 2008), determines that the motion lacks a basis in fact or law. It is therefore

    **ORDERED** that the motion be denied.

    Dated this <u>28th</u> day of January, 2008.

                                        BY THE COURT:

                                        <u>s/ Edward W. Nottingham</u>
                                        EDWARD W. NOTTINGHAM
                                        Chief United States District Judge