IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 04–cv–01850–EWN–OES

MARK HELSTROM,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

---

**ORDER**

---

    The court determines that the motion for a jury trial (#63) is without merit and therefore DENIES it.

**SO ORDERED**.

    Dated this 1st day of February, 2008.

                             BY THE COURT:

                             s/ Edward W. Nottingham
                             EDWARD W. NOTTINGHAM
                             Chief United States District Judge